## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Kishorchandra Jekisandas Patel,

                        Debtor(s).

C/A No. 09-09601-JW

Chapter 7

**JUDGMENT**

       Based on the findings of fact and conclusions of law set forth in the attached order of the Court, the Trustee's Objection to Exemption is overruled and Debtor's claim for an exemption under § 36-63-40(A) for the entire cash surrender value of the John Hancock life insurance policy is allowed.

**FILED BY THE COURT**
**06/11/2010**



*John E Waites* (signature)

Chief US Bankruptcy Judge
District of South Carolina

Entered: 06/11/2010